IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

    Petitioner,                    No. CIV S-10-2714 EFB P

    vs.

TIM V. VIRGA,

    Respondent.                ORDER

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit. Therefore, the request is granted.

       Petitioner states that a number of correctional officers stripped him naked outside on a sub-freezing day, poured ice water on him, and let him remain outside despite his pleas to go inside or be given clothes or a blanket.

////

1   A federal court may only grant a petition for writ of habeas corpus if the petitioner can
2   show that "he is in custody in violation of the Constitution . . . ." 28 U.S.C. § 2254(a). A habeas
3   corpus petition is the correct method for a prisoner to challenge the "legality or duration" of his
4   confinement. *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991) (quoting *Preiser v. Rodriguez*,
5   411 U.S. 475, 484 (1973)); Advisory Committee Notes to Rule 1 of the Rules Governing § 2254
6   Cases.  Because petitioner's claim does not challenge his custody, it is not appropriate for a
7   § 2254 action.  Therefore, this case is dismissed.  *See* Rule 4, Rules Governing § 2254 Cases.
8   Petitioner may wish to file a lawsuit under 42 U.S.C. § 1983 instead.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Petitioner's request to proceed in forma pauperis is granted; and

   2. This action is dismissed.

Dated:  December 6, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE