IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

     Petitioner,                    No. CIV S-10-2714 EFB P

     vs.

TIM V. VIRGA,

     Respondent.             ORDER

_____/

     On December 6, 2010, court dismissed this action. Judgment was entered accordingly. Notwithstanding that judgment closing this case, on January 5, 2011 petitioner filed a "first amended complaint" and objections on this docket. Plaintiff is informed that if he wishes to file a civil rights lawsuit he must do so in a new action.

     The court notes that it will issue no response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

     So ordered.

Dated: March 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE